UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 17-03183-CBM (SKx) | Date | May 16, 2018 |
|---|---|---|---|
| Title | *Michael Helms v. Wells Fargo Bank, N.A. et al* | | |

| Present: The Honorable | CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE |
|---|---|

| V.R. Vallery | Cindy Nirenberg |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants |
|---|---|
| Dennis G. Geselowitz | Stephen D. Britt |
| | L. Bryant Jaquez |

**Proceedings:** First American Trustee Servicing Solutions, LLC's Motion to Dismiss Plaintiff's First Amended Complaint Under FRCP 12(B)(6) for Failure to State a Claim Upon which Relief Can be Granted [39]; Defendants' Wells Fargo Bank, N.A. and Bank of America, N.A.'s Motion to Dismiss and Strike Portions of Plaintiff's Amended Complaint [46]

The case is called and counsel state their appearance. The Court and counsel confer. Following discussions with counsel, First American Trustee Servicing Solutions, LLC's Motion to Dismiss Plaintiff's First Amended Complaint Under FRCP 12(B)(6) for Failure to State a Claim Upon which Relief Can be Granted, and Defendants' Wells Fargo Bank, N.A. and Bank of America, N.A.'s Motion to Dismiss and Strike Portions of Plaintiff's Amended Complaint are GRANTED IN PART AND DENIED IN PART. A written order will issue.

Plaintiff is instructed to file an Amended Complaint no later than June 6, 2018.

: 10