UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 17-3183 CBM (SKx) | Date | September 14, 2018 |
|---|---|---|---|
| Title | *Michael Helms v. Wells Fargo Bank, N.A., et al.* | | |

Present: The Honorable   CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| Kevin Reddick | None Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**    (IN CHAMBERS)

The hearing on Defendant, First American Trustee Servicing Solutions, LLC's Motion to Dismiss Plaintiff's Second Amended Complaint [64], Defendant Wells Fargo Bank, N.A. and Bank of America, N.A's Motion to Dismiss Portions of Plaintiff's Second Amended Complaint [66], and Defendant, Wells Fargo Bank, N.A. and Bank of America, N.A's Motion to Strike Portions of Plaintiff's Second Amended Complaint [67] is hereby continued to October 2, 2018 at 10:00 a.m.


IT IS SO ORDERED.