# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HELMS,<br><br>        Plaintiff,<br><br>    vs.<br><br>WELLS FARGO BANK, N.A.; FIDELITY NATIONAL TITLE INSURANCE COMPANY; FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC; BANK OF AMERICA, N.A.; DOES 1 TO 10,<br><br>        Defendants. | Case No. 2:17-cv-03183-CBM-SK<br>Hon. Consuelo B. Marshall<br>Ctrm. 8B (First St.)<br><br>**[PROPOSED] JUDGMENT OF DISMISSAL**<br><br>Action Filed:  April 27, 2017<br>Trial Date:     None Set |

| | |
|---|---|
| 1 | The hearing on the Motion to Dismiss Plaintiff's Second Amended Complaint |
| 2 | (the "Motion") filed by Defendants WELLS FARGO BANK, N.A. ("Wells Fargo") |
| 3 | and BANK OF AMERICA, N.A. ("BANA") (collectively, "Defendants"), pursuant |
| 4 | to Federal Rule of Civil Procedure 12(b)(6), came on regularly for hearing on |
| 5 | September 14, 2018, at 10:00 a.m. in Courtroom 8B of the above-entitled Court, the |
| 6 | Honorable Consuelo B. Marshall presiding. Appearances were as noted on the |
| 7 | record. |
| 8 | The Court, having read and considered the Motion on behalf of Defendants, |
| 9 | the memorandum of points and authorities in support thereof, and any opposition |
| 10 | and reply thereto, and having heard argument from the parties, issued an Order |
| 11 | dated October 10, 2018, granting Defendants' motion in its entirety, dismissing each |
| 12 | of Plaintiff's causes of action asserted against Defendants <u>with prejudice</u>. (See, ECF |
| 13 | No. 77.) |
| 14 | **THEREFORE, GOOD CAUSE APPEARING**, |
| 15 | **IT IS HEREBY ORDERED** that judgement be entered against Plaintiff |
| 16 | MICHAEL HELMS, and in favor of Defendants Wells Fargo and BANA. IT IS |
| 17 | FURTHER ORDERED that the case is dismissed in its entirety with prejudice as to |
| 18 | Wells Fargo and BANA. Plaintiffs are to recover nothing from Wells Fargo and |
| 19 | BANA. |
| 20 | **SO ORDERED**. |
| 21 | |
| 22 | DATED: __10/31_____, 2018 |
| 23 | |
| 24 | _____ |
| 25 | Hon. Consuelo B. Marshall |