# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MICHAEL HELMS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.; FIDELITY NATIONAL TITLE INSURANCE COMPANY; FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC; BANK OF AMERICAN, N.A.; DOES 1 TO 10,<br><br>　　　　Defendants. | Case No.: 2:17-CV-03183 CBM (SKx)<br>Hon. Consuelo B. Marshall<br>Ctrm. 8B (First St.)<br><br>**JUDGMENT OF DISMISSAL WITH PREJUDICE** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Defendant, FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC ("FATSS") Motion to Dismiss pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6) ("Motion") came on for hearing on September 14, 2018 at 10:00 a.m. in Courtroom 8B of the above-entitled Court located at 350 W. 1st Street, Courtroom # 8B, 8th Floor, Los Angeles, CA 90012 before the Honorable Judge Consuelo B. Marshall. All appearances were noted on the record.

After considering the moving papers and arguments of the parties, the Court having read and considered the Motion on behalf of FATSS, the memorandum of points and authorities in support thereof, and any opposition and reply thereto, and

having heard argument from the parties, issued an Order dated October 10, 2018, granting FATSS' motion in its entirety, dismissing each of Plaintiff's causes of action asserted against FATSS with prejudice. (See, ECF No. 77.)

**THEREFORE, GOOD CAUSE APPEARING,**

**IT IS HEREBY ORDERED** that judgment be entered against Plaintiff MICHAEL HELMS, and in favor of Defendant, FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC.

**IT IS FURTHER ORDERED** that the case is dismissed in its entirety with prejudice as to Defendant, FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC. Plaintiff is to recover nothing from Defendant, FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC.

**SO ORDERED**.

DATED: November 5, 2018

Honorable Consuelo B. Marshall
UNITED STATES DISTRICT JUDGE